MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE (Bar No. CA 150203)
E-mail: gpimstone@manatt.com
CRAIG S. BLOOMGARDEN (Bar No. CA 110241)
E-mail: CBloomgarden@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

MANATT, PHELPS & PHILLIPS, LLP
AMY B. BRIGGS (Bar No. CA 194028)
E-mail: abriggs@manatt.com
AMANDA M. KNUDSEN (Bar No. CA 252752)
E-mail: aknudsen@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for Defendant BLUE SHIELD OF CALIFORNIA
LIFE AND HEALTH INSURANCE COMPANY

*[Stamp: IT IS SO ORDERED AS MODIFIED. /s/ Paul S. Grewal, Judge Paul S. Grewal]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN McCOLLUM, individually, by and through her conservator, Paula McCollum,<br><br>    Plaintiffs,<br><br>v.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY,<br><br>    Defendant. | CASE NO. CV 12-01650 PSG<br><br>**JOINT STIPULATION AND REQUEST TO MODIFY CASE MANAGEMENT ORDER TO ACCOMMODATE MEDIATION, AND [PROPOSED] ORDER THEREON; DECLARATION OF AMANDA M. KNUDSEN IN SUPPORT THEREOF**<br><br>**[CIVIL LOCAL RULES 6-1 AND 7-12]**<br><br>Judge:     Magistrate Judge Paul S. Grewal<br><br>Action Filed: April 3, 2012 |

1. WHEREAS, on April 3, 2012, Plaintiff Kristin McCollum ("Plaintiff") filed a Complaint in the above-captioned action.

2. WHEREAS, (as set forth in the attached Declaration of Amanda M. Knudsen) on April 18, 2012, the parties stipulated that Defendant Blue Shield of California Life & Health Insurance Company ("Defendant") would have an additional 16 days to respond to the Complaint to allow Defendant's counsel time to review the file and respond to the Complaint in light of scheduling conflicts, including professional obligations out of town.

3. WHEREAS, there have been no other time modifications in this action.

4. WHEREAS, the parties appeared for a joint case management conference on July 3, 2012, and the honorable Court issued a Case Management Order on September 19, 2012 (ECF No. 35).

5. WHEREAS, the Case Management Order set the Last Day for Dispositive Motion Hearing for 10:00 a.m. on November 27, 2012.

6. WHEREAS, the parties have scheduled a mediation in this matter for December 10, 2012, which is the earliest mediation date the parties could arrange with their selected mediator.

7. WHEREAS, Defendant filed a Motion to Dismiss on July 17, 2012, which motion was heard on August 28, 2012.

8. WHEREAS, the Court has yet to rule on Defendant's pending Motion to Dismiss.

9. WHEREAS, in order to streamline the issues on summary judgment based on the pending motion to dismiss, hold a productive mediation session, and avoid burdening the Court with reviewing papers and hearing a motion for summary judgment that may be rendered moot if this action resolves at mediation, the parties hereby stipulate and request that the Court modify the Case Management Order such that the last day for dispositive motion hearing be January 8, 2013, a briefing schedule be set as described in the following stipulation, and the Final Pretrial Conference currently scheduled for January 8, 2013 be continued to January 15, 2013, or any day thereafter at the Court's convenience prior to the February 11, 2013 trial.

///

///

# STIPULATION

NOW, THEREFORE, IT IS STIPULATED by and between Plaintiff and Defendant, through their counsel of record, that:

1. Upon entry of an order of this Court approving this stipulation, the last day for dispositive motion hearing shall be January 8, 2013.

2. The parties shall file and serve dispositive motions by no later than November 13, 2012. Oppositions shall be filed and served no later than December 4, 2012, and replies shall be filed and served no later than December 18, 2012.

3. Upon order of this Court approving this stipulation, the Final Pretrial Conference shall be continued to January 15, 2013, ~~or any day thereafter at the Court's convenience prior to the February 11, 2013 trial.~~

Dated:   October 17, 2012          **MANATT, PHELPS & PHILLIPS, LLP**

                                                   BY:   /s/ Amanda M. Knudsen
                                                             Amanda M. Knudsen
                                                             Attorneys for Defendant
                                                             BLUE SHIELD OF CALIFORNIA LIFE &
                                                             HEALTH INSURANCE COMPANY

Dated:   October 17, 2012          **KANTOR & KANTOR LLP**

                                                            BY:   /s/ Elizabeth K. Green
                                                             Elizabeth K. Green
                                                            Attorneys for Plaintiff
                                                            KRISTIN MCCOLLUM

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Amanda M. Knudsen hereby attests that concurrence in the filing of this document has been obtained.*

2

JOINT STIPULATION AND REQUEST TO MODIFY CASE MANAGEMENT ORDER
CASE NO. CV 12-01650 PSG

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 19, 2012        By: *[signature]*
Paul S. Grewal,
Magistrate Judge for the United States District Court