UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN McCOLLUM, individually, by and through her conservator, Paula McCollum,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY,<br><br>Defendant. | Case No.: CV 12-01650 PSG<br><br>[~~PROPOSED~~] ORDER RE SEALING SETTLEMENT AGREEMENT<br><br>Complaint filed April 3, 2012 |

Based upon the stipulation of the parties, and for good cause shown:

IT IS HEREBY ORDERED that the settlement agreement in this matter, as attached to the Declaration of Elizabeth K. Green in support of the stipulation, is sealed pursuant to Civil Local Rule 79-5.

DATED: 2/4/2013

*Paul S. Grewal* (signature)

Honorable Paul S. Grewal
United States Magistrate Judge